UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YAZAN MUSLEH, et al.,

    Plaintiffs,

v.                                           Case No. 12-13843

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.
                                       /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment" dated November 13, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant State Farm Fire and Casualty Company.  Dated at Detroit, Michigan, this 13th day of November 2012.

                                                              DAVID J. WEAVER
                                                              CLERK OF THE COURT

                                                            s/ Lisa Wagner
                                                   By:  Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland